MINUTE ENTRY
ZAINEY, J.
NOVEMBER 26, 2024
JS10: 0:28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 24-003 |
| TODD F. MORRELL | SECTION: "A" |

## REARRAIGNMENT

Court Reporter: Samm Morgan
Case Manager: Jennifer S. Limjuco
Judicial Assistant: Pamela Angelette
Law Clerk: Harry Phillips

APPEARANCES:
    Jordan Ginsberg and Brittany Reed, Counsel for the Government
    William P. Gibbens, Retained Counsel for Defendant
    Danielle Robinson, U.S. Probation Officer
    Todd F. Morrell, Defendant

Case called: 10:40 a.m.
Defendant present to withdraw former plea of Not Guilty and enters plea of Guilty as to Counts 2, 5, 6, 7, 9, and 12 of the Indictment.
Defendant sworn and questioned by the Court.
Reading of Indictment waived and summarized.
Defendant informed of rights to trial by jury or the court and waived same.
Defendant informed of the maximum penalties.
Defendant informed of the sentencing guidelines.
Defendant entered plea of guilty.
Government authenticates Plea Agreement and Sealed Attachment A, and same are ordered filed into the record.
Government authenticates Factual Basis, and same is ordered filed into the record.
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty.
Pre-sentence investigation is ORDERED.
Sentencing set for February 25, 2025, at 10:30 a.m.
Defendant Morrell released on same bond until Sentencing.
The pretrial conference and trial are cancelled.
Hearing completed: 11:08 a.m.